# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DALE TALBOTT,<br><br>        Petitioner,<br><br>    v.<br><br>S.A. HOLENCIK, Warden,<br><br>        Respondent. | Case No. EDCV 08-0619-VBF (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Second Amended Petition for Writ of Habeas Corpus, all the records and files herein, and the Final Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    IT IS ORDERED that judgment be entered dismissing this action for lack of jurisdiction.

DATED: February 5, 2009

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE