# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DALE TALBOTT, ) | Case No. EDCV 08-0619-VBF (JTL) |
| Petitioner, ) | **J U D G M E N T** |
| v. ) | |
| S.A. HOLENCIK, Warden, ) | |
| Respondent. ) | |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Second Amended Petition for Writ of Habeas Corpus in this action is dismissed for lack of jurisdiction.

DATED: February 5, 2009

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE